E. Evans Wohlforth, Jr., Esq. (ID #029141994)
GIBBONS P.C.
One Gateway Center
Newark, New Jersey 07102-5310
Tel: 973-596-4500
Fax: 973-596-0545
ewohlforth@gibbonslaw.com
*Attorneys for Defendant CIGNA Health and Life Insurance Company*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| ROBERT FISCHER, M.D.<br><br>Plaintiff,<br><br>v.<br><br>CIGNA HEALTH AND LIFE INSURANCE COMPANY,<br><br>Defendant. | Civil Action No. 2:20-cv-01840 (BRM)(JAD)<br><br>*Document Electronically Filed*<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

All claims in the above matter having been amicably resolved by and between the Parties, and the Parties having consented to this dismissal of the Complaint with prejudice pursuant to New Jersey Court Rule 4:37-1; and good cause appearing;

**IT IS STIPULATED** pursuant to New Jersey Court Rule 4:37-1 that the Complaint in this matter against Defendant Cigna Health and Life Insurance Company is hereby dismissed in its entirety, with prejudice, and without cost or fees to any Party, and it is

**STIPULATED AND AGREED TO BY:**

/s/E. Evans Wohlforth, Jr.
_____
E. Evans Wohlforth, Jr., Esq.
**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey 07102

*Attorneys for Defendant CIGNA Health and Life Insurance Company*

Dated: __October 13__, 2020

_____
Michael Gottlieb, Esq.
**SCHWARTZ SLADKUS REICH GREENBERG ATLAS LLP**
444 Madison Avenue
New York, New York 10022

*Attorneys for Plaintiff Robert Fischer, M.D.*

Dated: __9/29__, 2020

SO ORDERED: _____

Dated: __October 14__, 2020